**Appeal Dismissed and Memorandum Opinion filed December 6, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00638-CV

_____

**LIDIA AKLILU HABTETSION, Appellant**

**V.**

**SEAN PATRICK NEARY, Appellee**

**On Appeal from the 507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-73154**

## MEMORANDUM OPINION

This appeal is from a final decree signed June 3, 2022. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On September 22, 2022, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this

court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On October 13, 2022, appellant was ordered to provide this court with proof of payment for the record on or before October 24, 2022. *See* Tex. R. App. P. 4.1(a), 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would make the appeal subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 37.3(b). Appellant's response fails to show she has paid for the clerk's record. Accordingly, we dismiss the appeal.


PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.